NEWARK, N. J., Respondent.— Order affirmed, with ten dollars costs and disbursements. Appeal from judgment dismissed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELIZABETH WRIGHTINGTON and Another v. L. WERTHEIMER, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FRIEDA SCHAFFRAN v. THE SUN PRINTING AND PUBLISHING ASSOCIATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WEYMAC MANUFACTURING CORPORATION and Others, LOUIS LIFSON and Others, v. BRONX PARK EAST CONSTRUCTION Co., INC.— Motion for a reargument and for other relief denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GRACE M. PARKS v. THE FIRST NATIONAL BANK OF GLENS FALLS, Impleaded etc.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSE LANDSMAN v. CHARLES S. HIRSCH and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

MABEL FENTRESS SOBEL v. LEON SOBEL.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANDERSON BRICK & SUPPLY Co., INC., v. BLANKE HOLDING CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

J. WOODWARD CLARIS v. J. ERNEST RICHARDS and Others. JACOB H. LEVANTINE, Interpleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

IRVING A. SIESS and Another v. CATHERINE F. SMITH.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CLARA STERN and Others v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ

ARROW IRON WORKS, INC., v. HARRY B. GREENE, Trading, etc., and Others, BANK OF YORKTOWN and NATIONAL SURETY COMPANY.— Motion for reargument or for leave to appeal denied. with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted upon the filing by the defendant Bank of Yorktown of the undertakings required